IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EPHRON B. SCALES                                                            PLAINTIFF

v.                          No. 3:14-cv-195-DPM-HDY

MIKE BALLARD, Officer,
Craighead County Jail                                                       DEFENDANT

### ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court certifies that an *informa pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2014