IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EPHRON B. SCALES                                  PLAINTIFF

v.                   No. 3:14-cv-195-DPM

MIKE BALLARD, Officer,
Craighead County Jail                        DEFENDANT

## JUDGMENT

Scales's amended complaint is dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

                                         _____
                                         D.P. Marshall Jr.
                                         United States District Judge

                                         27 October 2014